58380. SHEFFIELD et al. v. LEWIS et al.

SHULMAN, Judge.

This court having entered on October 2, 1979, a judgment in the above-styled case, 151 Ga. App. 801 (261 SE2d 726), affirming the judgment of the trial court; and the judgment of this court having been reversed as to defendant Lewis on certiorari by the Supreme Court in *Sheffield v. Lewis,* 246 Ga. 19 (268 SE2d 615) (1980) the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Smith and Birdsong, JJ., concur.*

ARGUED SEPTEMBER 10, 1979 — DECIDED SEPTEMBER 3, 1980.

*P. Joseph McGee,* for appellants.
*M. Cook Barwick, Gary L. Seacrest, R. M. Bernhardt, Frank J. Shannon, III,* for appellees.
William Earl Strother, Sr., William D. Stone, D. C. Jackson, III, *pro se.*